Michael C. Ormsby
United States Attorney
Eastern District of Washington
Russell E. Smoot
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 20 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHARLES WESLEY WRIGHT,<br>and<br>JON RICHARD VIVIAN,<br><br>　　　　Defendants. | CR-11-113-WFN<br><br>INDICTMENT<br><br>Vio: 21 U.S.C. §§ 841(a)(1), 860<br>Distribution of Marijuana<br>Near a School<br>(Count 1)<br><br>21 U.S.C. §§ 841(a)(1), 860<br>Possession with Intent to<br>Distribute Marijuana<br>Near a School<br>(Count 2)<br><br>21 U.S.C. §§ 841(a)(1), 860<br>Manufacture of Marijuana<br>Near a School<br>(Count 3)<br><br>21 U.S.C. §§ 856(a)(1), 860<br>Maintaining Drug-Involved<br>Premise Near a School<br>(Count 4)<br><br>21 U.S.C. § 853<br>Forfeiture Allegation |

The Grand Jury Charges:

COUNT ONE

On or about April 19, 2011, in the Eastern District of Washington, the defendants, CHARLES WESLEY WRIGHT and JON RICHARD VIVIAN, knowingly and intentionally distributed a mixture and substance containing a detectable amount of Marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), within 1,000 feet of the real property comprising Grant

INDICTMENT - 1
P10606RC.RSA.wpd

Elementary School, a public elementary school; all in violation of 21U.S.C. §§ 841(a)(1) and 860, and 18 U.S.C. § 2.

## COUNT TWO

On or about April 28, 2011, in the Eastern District of Washington, the defendants, CHARLES WESLEY WRIGHT and JON RICHARD VIVIAN, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of Marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), within 1,000 feet of the real property comprising Grant Elementary School, a public elementary school; all in violation of 21U.S.C. §§ 841(a)(1) and 860, and 18 U.S.C. § 2.

## COUNT THREE

Beginning on a date unknown, but at least by on or about April 28, 2011, in the Eastern District of Washington, the defendants, CHARLES WESLEY WRIGHT and JON RICHARD VIVIAN, knowingly and intentionally manufactured approximately thirty-six Marijuana plants, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), within 1,000 feet of the real property comprising Grant Elementary School, a public elementary school; all in violation of 21U.S.C. §§ 841(a)(1) and 860, and 18 U.S.C. § 2.

## COUNT FOUR

Beginning on a date unknown, but by on or about at least April 18, 2011, and continuing until at least April 28, 2011, in the Eastern District of Washington, the defendants, CHARLES WESLEY WRIGHT and JON RICHARD VIVIAN, knowingly and intentionally maintained a place at 1108 S. Perry, Spokane, Washington, for the purpose of manufacturing, distributing, and using Marijuana, a Schedule I controlled substance, in violation of in violation of 21 U.S.C. § 856(a)(1), within 1,000 feet of the real property comprising Grant Elementary School, a public school, all in violation of 21U.S.C. §§ 856(a)(1) and 860, and 18 U.S.C. § 2.

INDICTMENT - 2
P10606RC.RSA.wpd

FORFEITURE ALLEGATION

The allegations contained in Counts 1-4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853. Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841, 856, the defendants, CHARLES WESLEY WRIGHT and JON RICHARD VIVIAN, shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

DATED this 19TH day of July, 2011.

A TRUE BILL

Michael C. Ormsby
United States Attorney

Russell E. Smoot
Assistant United States Attorney

INDICTMENT - 3
P10606RC.RSA.wpd