PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.   Charles Wesley Wright           Docket No.   2:11CR00113-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant Charles Wesley Wright, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno, sitting in the court at Spokane, Washington, on the 11th day of August 2011, under the following conditions:

**Condition:** Defendant shall refrain from the use or unlawful possession of a narcotic drug, or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant provided a urine sample that detected the presence of marijuana on February 29, 2012.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/23/2012

by   s/Erik Carlson

Erik Carlson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

03-23-2012
Date